JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIMALABEN PATEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SINGAPORE AIRLINES, LTD.,<br><br>　　　　Defendant. | Case No. CV 15-4205 FMO (PLAx)<br><br>**JUDGMENT** |

In light of the Court's Order re: Defendant's Motion for Summary Judgment issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 21st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge